```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
DANIEL L. JUNK,                         :
                                        :
                    Plaintiff,          :    19cv385 (DLC)
         -v-                            :
                                        :         ORDER
BOARD OF GOVERNORS OF THE FEDERAL       :
RESERVE SYSTEM,                         :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

This case having been remanded to this Court, it is hereby

ORDERED that by **July 17, 2020,** the parties shall provide a status letter, including any proposals for future proceedings.

Dated:   New York, New York
         June 29, 2020

                              _____
                                     DENISE COTE
                              United States District Judge