```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
DANIEL L. JUNK,                         :
                                        :
                      Plaintiff,        :    19 Civ. 385 (DLC)
                                        :
          -v-                           :         ORDER
                                        :
BOARD OF GOVERNORS OF THE FEDERAL       :
RESERVE SYSTEM,                         :
                                        :
                      Defendant.        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On November 18, 2020, the Court granted defendant's motion for summary judgment and denied plaintiff's cross-motion for summary judgment. It is hereby

ORDERED that parties shall consult about the need for any further proceedings in the above-captioned case and shall submit proposals for any further proceedings by **November 30, 2020.**

Dated:    New York, New York
          November 18, 2020

_____
          DENISE COTE
United States District Judge