```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
 DANIEL L. JUNK,                         :
                                         :
                       Plaintiff,        :    19 Civ. 385 (DLC)
                                         :
           -v-                           :         ORDER
                                         :
 BOARD OF GOVERNORS OF THE FEDERAL       :
 RESERVE SYSTEM,                         :
                                         :
                       Defendant.        :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

On November 18, 2020, the Court granted defendant's motion for summary judgment and denied plaintiff's cross-motion for summary judgment. In a letter of November 27, the plaintiff requested that this Court stay all further proceedings in this action pending appeal. In a letter of December 2, the parties submitted a joint letter stating that they did not have any proposals for further proceedings in the District Court. It is hereby

ORDERED that parties shall submit a proposed judgment by **December 8, 2020.**

IT IS FURTHER ORDERED that the plaintiff's request to stay proceedings in the above-captioned case is denied.

Dated:   New York, New York
         December 3, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge