UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL JUNK,

    Plaintiff,

-against-

BOARD OF GOVERNORS OF THE
FEDERAL RESERVE SYSTEM,

    Defendant.

Case No. 19 Civ. 385 (DLC)

## [PROPOSED] JUDGMENT

    It is hereby ORDERED: That for the reasons stated in the Court's Opinion and Order dated November 18, 2020, having considered the arguments made by the parties, Defendant's August 17, 2020 motion for summary judgment is granted, and Plaintiff's September 17, 2020 cross-motion to defer or deny Defendant's motion for summary judgment pursuant to Fed. R. Civ. P. 56(d) is denied. Accordingly, the case is closed.

Dated:    New York, New York
            December 16, 2020

_____
DENISE COTE
United States District Judge